IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.     Case No. 13-0055SWH-01

RICHARD DOUGHERTY

AUSA: Curt Bohling
Defense Atty.: James Wyrsch, Retained

| JUDGE | **Sarah W. Hays** U.S. Magistrate Judge | DATE AND TIME | **March 29, 2013** 1:30 - 1:56 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Terri Moore | TAPE/REPORTER | FTR/tm |
| INTERPRETER | None | PRETRIAL/PROB: | Susan Pinkerton |

## CLERK'S MINUTES

1ST APPEARANCE COMPLAINT

( x ) Warrant issued    Date Filed: 3/28/13
( x ) Custody Assumed   Date: 3/29/13   Place: KCMO

Defendant advised:
1. Of the charge in the complaint and the contents of the affidavit;
2. That he is not required to make any statement and that any statement made may be used against him in Court;
3. Of the right to retain counsel and to request assignment of counsel if unable to obtain counsel;
4. Of the right to a preliminary examination (including nature and scope) and of the right to waive same; and
5. Of the right to bail or, if no bail is set, to a detention hearing to determine if he is a flight risk or a danger to persons or the community.

( x ) Parties stipulate that if the agent were to testify, he would do so consistent with the Affidavit attached to the Complaint. On this basis, the Court finds probable cause is established; defendant bound over to U.S. District Court for grand jury or other action.

BAIL

( x )  Bail set: Personal recognizance. Conditions of release read.

COUNSEL

( x )  Defendant has retained James Wyrsch